CHARLES A. TOWNE, Respondent, v. E. W. BLISS COMPANY, Appellant. — Judgment and order reversed and new trial granted, costs to abide the

event, unless within twenty days plaintiff consent to a reduction of the verdict to the sum of $40,000, and to a modification of the judgment accordingly, in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.